IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIE CHRISLEY, Individually and as Majority Owner of CHRISLEY ASSET MANAGEMENT, LLC and PACIFIC DEVELOPMENT PARTNERS, LLC, <br><br>      Plaintiffs <br><br> v. <br><br> MARK BRADDOCK, LESLIE (HERSHBERGER) BRADDOCK, ALINA CLERIE, GRACE REALTY GROUP, LLC, KEY ASSET SOLUTIONS, LLC; PRIVATE PEERING POINT, LLC, WATERCOLOR RETREAT, LLC, KIMBERLY A. CHILDS, JAMES "STAGG" SHELTON, ARC AUTO BROKERS, LLC, VALENCIA WALKER, and STEVEN LINDSEY, <br><br>      Defendants. | CIVIL ACTION FILE <br> NO: 1:12-CV-03524-CAP |

## **DEFENDANT KIMBERLY A. CHILDS' MOTION FOR SANCTIONS**

COMES NOW, Kimberly A. Childs (hereinafter "Defendant"), a Defendant in the above-styled action and files this, her Motion for Sanctions pursuant to Federal Rule of Civil Procedure 11(c) for failure to comply with Rule 11(b).

Plaintiffs filed frivolous claims against Childs which cannot be supported by facts or evidence and which were filed for improper purposes.

In support of this Motion, Defendant Childs relies on the following:

1. Memorandum of Law in Support of the Motion for Sanctions filed contemporaneously herewith;
2. Notice of Voluntary Dismissal without Prejudice, attached as "Exhibit A";
3. November 8, 2012 Correspondence, attached as "Exhibit B";
4. E-mail correspondence dated October 12, 2012, attached as "Exhibit C"[1];
5. E-mail correspondence dated October 15, 2012 (page 3 of chain), attached as "Exhibit D"; and
6. Docket Report for Childs v. Suntrust Mortgage, Inc., 1:12-cv-00407, attached as "Exhibit E."

WHEREFORE, Defendant Childs respectfully request that Defendant's Motion be GRANTED and that the Court award attorneys' fees and expenses in favor of Childs pursuant to Federal Rule of Civil Procedure (c)(4).

---

[1] Exhibit C has been partially redacted out of an abundance of caution.

Respectfully submitted this 7th day of December, 2012.

        HALL BOOTH SMITH, P.C.

        */s/Crystal D. Filiberto*
        Rush S. Smith, Jr.
        Georgia Bar No. 663362
        Crystal D. Filiberto
        Georgia Bar No. 383451
        *Counsel for Defendant Kimberly Childs*

191 Peachtree Street, N.E.,
Suite 2900
Atlanta, Georgia 30303
P: (404) 954-5000
F: (404) 954-5020
rsmith@hallboothsmith.com
cfiliberto@hallboothsmith.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIE CHRISLEY, Individually and as Major Owner of CHRISLEY ASSET MANAGEMENT, LLC and PACIFIC DEVELOPMENT PARTNERS, LLC,<br><br>Plaintiffs<br><br>v.<br><br>MARK BRADDOCK, LESLIE (HERSHBERGER )BRADDOCK, ALINA CLERIE, GRACE REALTY GROUP, LLC, KEY ASSET SOLUTIONS, LLC; PRIVATE PEERING POINT, LLC, WATERCOLOR RETREAT, LLC, KIMBERLY A. CHILDS, JAMES "STAGG" SHELTON, ARC AUTO BROKERS, LLC, VALENCIA WALKER, and STEVEN LINDSEY,<br><br>Defendants. | CIVIL ACTION FILE<br>NO: 1:12-CV-03524-CAP |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a copy of the within and foregoing **DEFENDANT KIMBERLY A. CHILDS' MOTION FOR SANCTIONS** upon all parties to this matter via CM/ECF as follows:

4

| | |
|---|---|
| Robert T. Thompson, Esquire<br>Thompson Law Group, LLC<br>P.O. Box 53484<br>3423 Piedmont Road<br>Ivy Place, Suite 530   (30305)<br>Atlanta, Georgia   30355 | Kevin A. Maxim, Esquire<br>The Maxim Law Firm, P.C.<br>1718 Peachtree Street, N.W.<br>Suite 599<br>Atlanta, Georgia   30309 |
| Michael F. Hanson, Esquire<br>The Hanson Firm, LLC<br>3350 Riverwood Parkway, Suite 1900<br>Atlanta, Georgia   30339 | Charles D. Gabriel, Esquire<br>Royal Centre One, Suite125<br>11675 Great Oaks Way<br>Alpharetta, Georgia   30022 |
| Todd H. Stanton, Esquire<br>Stanton Law, LLC<br>1579 Monroe Drive, Suite F-206<br>Atlanta, Georgia   30324 | Warren Carl Lietz , III<br>Kish & Lietz, P.C.<br>1700 South Tower<br>225 Peachtree Street, NE<br>Atlanta, GA 30303 |

This 7th day of December, 2012.

HALL BOOTH SMITH, P.C.

*/s/ Crystal D. Filiberto*
Rush S. Smith, Jr.
Georgia Bar No. 663362
Crystal D. Filiberto
Georgia Bar No. 383451
*Counsel for Defendant Kimberly Childs*

191 Peachtree Street, N.E.,
Suite 2900
Atlanta, Georgia 30303
P:  (404) 954-5000
F:  (404) 954-5020
rsmith@hallboothsmith.com
cfiliberto@hallboothsmith.com

5

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIE CHRISLEY, Individually and as Major Owner of CHRISLEY ASSET MANAGEMENT, LLC and PACIFIC DEVELOPMENT PARTNERS, LLC,<br><br>    Plaintiffs<br><br>v.<br><br>MARK BRADDOCK, LESLIE (HERSHBERGER )BRADDOCK, ALINA CLERIE, GRACE REALTY GROUP, LLC, KEY ASSET SOLUTIONS, LLC; PRIVATE PEERING POINT, LLC, WATERCOLOR RETREAT, LLC, KIMBERLY A. CHILDS, JAMES "STAGG" SHELTON, ARC AUTO BROKERS, LLC, VALENCIA WALKER, and STEVEN LINDSEY,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO: 1:12-CV-03524-CAP |

## **CERTIFICATE OF FONT**

This is to certify that the within and foregoing pleading has been prepared using Times New Roman, 14 point, font which has been approved by the Court in L.R. 5.1C.

Respectfully submitted, this 7th day of December, 2012.

HALL BOOTH SMITH, P.C.

*/s/ Crystal D. Filiberto*
Georgia Bar No. 663362
Crystal D. Filiberto
Georgia Bar No. 383451
*Counsel for Defendant Kimberly Childs*

191 Peachtree Street, N.E.,
Suite 2900
Atlanta, Georgia 30303
P: (404) 954-5000
F: (404) 954-5020
rsmith@hallboothsmith.com
cfiliberto@hallboothsmith.com