UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIE HUGHES CHRISLEY, individually, and in her capacity as the majority owner of CHRISLEY ASSET MANAGEMENT, LLC, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 1:12-CV-3524-CAP |
| MARK BRADDOCK, KEY ASSET SOLUTIONS LLC, ALINA CLERIE, ARC AUTO BROKERS, LLC, and PRIVATE PEERING POINT, LLC d/b/a Vocalcloud, | |
| Defendants. | |

**O R D E R**

This matter is before the court on the plaintiff's motion for an extension of time for defendant Private Peering Point, LLC (PPP) to answer or otherwise respond to the second amended complaint [Doc. No. 78].

This action was originally filed on October 9, 2012 [Doc. No. 1]. The plaintiff filed an amended complaint on February 4, 2013 [Doc. No. 51]. The second amended complaint, correcting dates and dollar amounts in Paragraphs 95 through 98, was filed on February 25 [Doc. No. 60].[1] By the

---

[1] The court notes that the plaintiff did not file a motion for leave to amend or indicate whether the amendment was made with the consent of the defendants. *See* Fed. R. Civ. P. 15(a)(2).

plaintiff's count, this is the *sixth* motion for an extension of time for this defendant to answer or otherwise respond to the various complaints. *See* Mot. for Enlargement of Time ¶ 3 [Doc. No. 78]. The plaintiff explains that PPP has requested until April 30, 2013 to respond because of a still-pending motion for summary judgment "in related litigation in Fulton County Superior Court." *Id.* ¶ 4 (noting the relevance of this fact is disputed by the parties). Unsurprisingly, the motion provides no estimate of when that court might rule on the motion for summary judgment.

The court finds the motion does not present good cause to further extend the time for PPP to respond to the complaint. Thus, the motion [Doc. No. 78] is DENIED.

**SO ORDERED** this 4th day of April, 2013.


                        /s/ Charles A. Pannell, Jr.
                        CHARLES A. PANNELL, JR.
                        United States District Judge