UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIE CHRISLEY, individually and in her capacity as the majority owner of CHRISLEY ASSET MANAGEMENT, LLC, <br><br>         Plaintiff, <br><br>     v. <br><br> MARK BRADDOCK, KEY ASSET SOLUTIONS, LLC, ALINA CLERIE, ARC AUTO BROKERS, LLC, and PRIVATE PEERING POINT, LLC d/b/a/ VOCALCLOUD, <br><br>         Defendants. | CIVIL ACTION NO. <br><br> 1:12-CV-3524-CAP |

**O R D E R**

The court held a hearing on July 30, 2013.  Pursuant to the hearing, the court ORDERS that Kimberly Childs shall have ten days to amend her motion for sanctions [Doc. No. 34].  Timing for response and reply briefs will be pursuant to the Local Rules of the Northern District of Georgia.  The court further ORDERS that Julie Chrisley shall notify the court within fourteen days who will represent her in this matter.

**SO ORDERED** this 30th day of July, 2013.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge