IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIE CHRISLEY, Individually and as Majority Owner of CHRISLEY ASSET MANAGEMENT, LLC,       :<br>:<br>:<br>:<br>Plaintiff,       :<br>:<br>v.       :<br>:<br>MARK BRADDOCK, ALINA CLERIE, KEY ASSET SOLUTIONS, LLC, and ARC AUTO BROKERS, LLC,       :<br>:<br>:<br>:<br>Defendants.       : | CIVIL ACTION FILE<br>NO: 1:12-CV-03524-CAP |

## KIMBERLY A. CHILDS' AMENDED MOTION FOR SANCTIONS

COMES NOW, Kimberly A. Childs ("Childs"), a former Defendant in the above-styled action and files this, her Amended Motion for Sanctions against Plaintiff Julie Chrisley ("Plaintiff" or "Chrisley") and her attorneys Robert T. Thompson, Jr., H. Kirk Henson, Jefferson Adams, and Thompson Law Group, LLC (collectively referred to as "TLG") pursuant to Federal Rule of Civil Procedure 11(c) for failure to comply with Rule 11(b). Plaintiff and TLG filed frivolous claims against Childs which could not be supported by facts or evidence and which were filed for improper purposes.

In support of this Amended Motion, Childs relies on the following:

1. Memorandum of Law in Support of the Amended Motion for Sanctions filed contemporaneously herewith;

2. Notice of Voluntary Dismissal without Prejudice, attached as "Exhibit 1";

3. November 8, 2012 Correspondence, attached as "Exhibit 2";

4. E-mail correspondence dated October 12, 2012, attached as "Exhibit 3"[1];

5. E-mail correspondence dated October 15, 2012 (page 3 of chain), attached as "Exhibit 4"; and

6. Docket Report for Childs v. Suntrust Mortgage, Inc., 1:12-cv-00407, attached as "Exhibit 5";

7. Affidavit of Crystal D. Filiberto, attached as "Exhibit 6";

8. Orders in Julie Chrisley, Chrisley Asset Management, LLC v. Mark Braddock and Alina Clerie, Superior Court Fulton County, State of Georgia, CAFN: 2012-CV-21996, attached as "Exhibit 7";

9. Affidavit of Kimberly A. Childs, attached as "Exhibit 8";

---

[1] Exhibit 3 has been partially redacted out of an abundance of caution.

10. Order in <u>Julie Chrisley, Chrisley Asset Management, LLC v. Mark Braddock and Alina Clerie</u>, Superior Court Fulton County, State of Georgia, CAFN: 2012-CV-21996, attached as "Exhibit 9."

WHEREFORE, Childs respectfully request that this Amended Motion be GRANTED and that the Court award attorneys' fees and expenses in favor of Childs pursuant to Federal Rule of Civil Procedure 11(c)(4).

Respectfully submitted this 7th day of August, 2013.

HALL BOOTH SMITH, P.C.

*/s/Crystal D. Filiberto*
Rush S. Smith, Jr.
Georgia Bar No. 663362
Crystal D. Filiberto
Georgia Bar No. 383451
*Counsel for Kimberly Childs*

191 Peachtree Street, N.E.,
Suite 2900
Atlanta, Georgia 30303
P: (404) 954-5000
F: (404) 954-5020
rsmith@hallboothsmith.com
cfiliberto@hallboothsmith.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIE CHRISLEY, Individually and as Majority Owner of CHRISLEY ASSET MANAGEMENT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARK BRADDOCK, ALINA CLERIE, KEY ASSET SOLUTIONS, LLC, and ARC AUTO BROKERS, LLC,<br><br>Defendants. | CIVIL ACTION FILE<br>NO: 1:12-CV-03524-CAP |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date served a copy of the within and foregoing **KIMBERLY A. CHILDS' AMENDED MOTION FOR SANCTIONS** upon all parties to this matter via CM/ECF as follows:

Robert T. Thompson, Esquire
H. Kirk Henson
Jefferson Adams
Thompson Law Group, LLC
P.O. Box 53484
3423 Piedmont Road
Ivy Place, Suite 530
Atlanta, Georgia   30355

Kevin A. Maxim, Esquire
The Maxim Law Firm, P.C.
1718 Peachtree Street, N.W.
Suite 599
Atlanta, Georgia 30309

Todd H. Stanton, Esquire
Stanton Law, LLC
1579 Monroe Drive, Suite F-206

Bob Barr, Esquire
Law Offices of Bob Barr
3101 Towercreek Parkway, Suite 150

4

Atlanta, Georgia  30324                    Atlanta, Georgia 30339

This 7th day of August, 2013.

                                      HALL BOOTH SMITH, P.C.

                                      */s/ Crystal D. Filiberto*
                                      Rush S. Smith, Jr.
                                      Georgia Bar No. 663362
                                      Crystal D. Filiberto
                                      Georgia Bar No. 383451
                                      *Counsel for Kimberly Childs*

191 Peachtree Street, N.E.,
Suite 2900
Atlanta, Georgia 30303
P:  (404) 954-5000
F:  (404) 954-5020
rsmith@hallboothsmith.com
cfiliberto@hallboothsmith.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIE CHRISLEY, Individually and as Majority Owner of CHRISLEY ASSET MANAGEMENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MARK BRADDOCK, ALINA CLERIE, KEY ASSET SOLUTIONS, LLC, and ARC AUTO BROKERS, LLC, <br><br> Defendants. | CIVIL ACTION FILE <br> NO: 1:12-CV-03524-CAP |

## CERTIFICATE OF FONT

This is to certify that the within and foregoing pleading has been prepared using Times New Roman, 14 point, font which has been approved by the Court in L.R. 5.1C.

Respectfully submitted, this 7th day of August, 2013.

                                                HALL BOOTH SMITH, P.C.

                                                */s/ Crystal D. Filiberto*
                                                Crystal D. Filiberto
                                                Georgia Bar No. 383451
                                                *Counsel for Kimberly Childs*

191 Peachtree Street, N.E., Suite 2900
Atlanta, Georgia 30303
P: (404) 954-5000; F: (404) 954-5020
rsmith@hallboothsmith.com; cfiliberto@hallboothsmith.com