Law Offices
# BOB BARR
Attorney at Law

Bob Barr*  
*Admitted Georgia and Florida  
*U.S. House of Representatives, 1995- 2003

Valle Ashley, *Of Counsel*

August 13, 2013

Hon. Charles A. Pannell, Jr.  
Judge, United States District Court  
Northern District of Georgia  
75 Spring Street, SW  
Room 2367  
Atlanta, GA 30303-3309

In Re: Chrisley v. Braddock, *et al.*, Civil Action No. 1:12-CV-3524-CAP

Dear Judge Pannell:

By Order dated July 30, 2013, Your Honor directed that our Client, Plaintiff Julie Chrisley, notify the Court within 14 days (that is, by today, August 13, 2013), the name or names of the attorney(s) who will be representing her in this matter (the undersigned having filed a Motion to Withdraw as to which no objections were noted by Defendants or Plaintiff).

We have been informed by our Client that she has secured the services of another attorney, and requests 20 days within which to review the pleadings and evaluate the case prior to entering appearance.

Plaintiff Chrisley therefore requests the Court grant her an additional 20 days within which to notify the Court of the name of the attorney or attorneys who will be representing her in this matter.

Very truly yours,


BOB BARR  
VALLE ASHLEY  
Attorneys for Plaintiff Julie Chrisley

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2013, I electronically filed this Letter to the Court in Response to Order, Document 95 with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys.

/s/ Bob Barr
Bob Barr
Attorney for Plaintiff Julie Chrisley
Georgia Bar Number 039475
Law Offices of Bob Barr
3101 Towercreek Parkway, Suite 150
Atlanta, Georgia 30339
Tel: 770-836-1776
jennifer@bobbarr.org

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

Respectfully submitted,

This 13th day of August 2013.

/s/ Bob Barr
Bob Barr
Attorney for Plaintiff Julie Chrisley
Georgia Bar Number 039475
Law Offices of Bob Barr
3101 Towercreek Parkway, Suite 150
Atlanta, Georgia 30339
Tel: 770-836-1776
jennifer@bobbarr.org