UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIE CHRISLEY, individually and in her capacity as the majority owner of CHRISLEY ASSET MANAGEMENT, LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>MARK BRADDOCK, KEY ASSET SOLUTIONS, LLC, ALINA CLERIE, ARC AUTO BROKERS, LLC,<br><br>      Defendants. | CIVIL ACTION NO.<br><br>1:12-CV-3524-CAP |

**O R D E R**

This matter is before the court on the letter in response to the court's order of July 30, 2013 [Doc. No. 101]. During a hearing held by the court on July 30, 2013, Julie Chrisley requested thirty days to notify the court who will represent her in this matter. Tr. of Mot. Hr'g at 13:17–18 [Doc. No. 102]. Following the hearing, the court ordered that Chrisley notify the court within fourteen days who will represent her in this matter [Doc. No. 95]. In the letter received by the court, Chrisley requests that the court grant her an additional twenty days to notify the court who will represent her in this matter [Doc. No. 101]. The court hereby ORDERS that Chrisley shall notify

the court by August 26, 2013 who will represent her in this matter.  Chrisley should be prepared to proceed in this matter *pro se* if she is unable to retain new legal counsel by August 26, 2013.  The court is not inclined to deny the Law Offices of Bob Barr's motion to withdraw as counsel for the plaintiff [Doc. No. 90] based solely on Chrisley's inability to retain new legal counsel.

**SO ORDERED** this 15th day of August, 2013.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge