UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JULIE CHRISLEY, individually and
in her capacity as the majority owner
of CHRISLEY ASSET
MANAGEMENT, LLC,

       Plaintiff,

    v.

MARK BRADDOCK, KEY ASSET
SOLUTIONS, LLC, ALINA CLERIE,
ARC AUTO BROKERS, LLC,

       Defendants.

CIVIL ACTION NO.

1:12-CV-3524-CAP

**O R D E R**

This matter is before the court on the motion to withdraw as counsel

filed by the Law Offices of Bob Barr and its attorneys, Bob Barr, Valle Simms

Ashley, and Lee Pruitt [Doc. No. 90].  On August 15, 2013, the court ordered

that the plaintiff, Julie Chrisley, notify the court by August 26, 2013 who will

represent her in this matter.  On August 26, 2013, attorneys R. Keegan

Federal, Jr., Keith Hasson, and R.O. Lerer filed notices of appearance on

behalf of the plaintiff.  Based on the notices of appearance recently filed on

August 26, 2013, the court finds that the plaintiff has obtained substitute

counsel.  The motion to withdraw [Doc. No. 90] is GRANTED.  The Law

2

Offices of Bob Barr and its attorneys no longer represent the plaintiff in this

matter.

      **SO ORDERED** this 27th day of August, 2013.


                     /s/ Charles A. Pannell, Jr.
                     CHARLES A. PANNELL, JR.
                     United States District Judge