UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIE CHRISLEY, individually and in her capacity as the majority owner of CHRISLEY ASSET MANAGEMENT, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>MARK BRADDOCK, KEY ASSET SOLUTIONS, LLC, ALINA CLERIE, ARC AUTO BROKERS, LLC,<br><br>   Defendants. | CIVIL ACTION NO.<br><br>1:12-CV-3524-CAP |

## O R D E R

This matter is before the court on the plaintiff's motion to stay the proceedings and for leave to respond to the defendants' pending motion [Doc. No. 113].  The following motions are currently pending with the court: (1) motion to dismiss for failure to state a claim filed by Mark Braddock [Doc. No. 64], (2) motion to dismiss for failure to state a claim filed by Key Asset Solutions, LLC [Doc. No. 65], (3) motion to dismiss for failure to state a claim filed by Alina Clerie [Doc. No. 66], (4) motion to dismiss for failure to state a claim filed by ARC Auto Brokers, LLC [Doc. No. 67], and (5) amended motion for sanctions filed by Kimberly A. Childs [Doc. No. 98].  On August 28, 2013,

the court entered an order allowing the new attorneys for the plaintiff to file any supplemental response briefs related to the pending motions not later than September 13, 2013 [Doc. No. 112].  The plaintiff requests that the court stay the case for 45 days and grant the plaintiff leave to respond to the pending motions.

Based on what has been presented to the court, the court does not find good cause to stay this case for 45 days.  However, the court will grant the plaintiff leave of court to respond to the pending motions.  The court hereby ORDERS that the plaintiff may file any supplemental response briefs related to the pending motions not later than September 30, 2013.  Should the plaintiff file supplemental response briefs, the court ORDERS that the moving parties may file reply briefs as provided by the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Georgia.

The court GRANTS IN PART and DENIES IN PART the plaintiff's motion to stay the proceedings and for leave to respond to the defendants' pending motions [Doc. No. 113].

**SO ORDERED** this 11th day of September, 2013.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge