```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

| | |
|---|---|
| JULIE CHRISLEY, individually and in her capacity as the majority owner of CHRISLEY ASSET MANAGEMENT, LLC, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:12-CV-3524-CAP |
| MARK BRADDOCK, KEY ASSET SOLUTIONS, LLC, ALINA CLERIE, ARC AUTO BROKERS, LLC, | |
| Defendants. | |

### O R D E R

This matter is before the court on attorney Keith Hasson's motion to withdraw as attorney for plaintiff [Doc. No. 121]. This motion is hereby GRANTED.

Mr. Hasson is no longer associated with Federal & Hasson, LLP and is now practicing in a new law firm, Hasson Law Group, P.C. The plaintiff will continue to be represented by R. Keegan Federal, Jr. and other attorneys at the Federal Firm, LLC.

SO ORDERED, this  20th  day of November, 2013.

/s/Charles A. Pannell, Jr.
CHARLES A. PANNELL JR.
United States District Judge