UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIE CHRISLEY, individually and in her capacity as the majority owner of CHRISLEY ASSET MANAGEMENT, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>MARK BRADDOCK, KEY ASSET SOLUTIONS, LLC, ALINA CLERIE, ARC AUTO BROKERS, LLC,<br><br>      Defendants. | CIVIL ACTION NO.<br><br>1:12-CV-3524-CAP |

**O R D E R**

This matter is before the court on the motion to withdraw as counsel filed by Robert Keegan Federal, Jr. and Rene Octavio Lerer of The Federal Law Firm, LLC [Doc. No. 122].  The court previously conditioned withdrawal of counsel in this matter on the plaintiff acquiring substitute counsel.  It was only upon current counsel agreeing to represent the plaintiff that the court allowed prior counsel to withdraw.  The court does not impose a similar restriction in this instance.  Accordingly, the court GRANTS the unopposed motion to withdraw.  Federal, Lerer, and The Federal Law Firm, LLC no longer represent the plaintiff in this matter.  The plaintiff may proceed in

this matter *pro se* unless she notifies the court that she has obtained new counsel.  The court will not delay adjudicating this matter to allow the plaintiff to acquire substitute counsel.  The court directs the clerk of the court to mail a copy of this order to the plaintiff's last known address: 5000 Heatherwood Court, Roswell, Georgia 30075.

**SO ORDERED** this 16th day of January, 2014.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge