# H|B|S  HALL BOOTH SMITH, P.C.

**Crystal Filiberto**
P: (404) 586-6630
E: cfiliberto@hallboothsmith.com

191 Peachtree St. NE, Suite 2900
Atlanta, Georgia 30303-1775
W: www.hallboothsmith.com
P: (404) 954-5000  F: (404) 954-5020

July 31, 2014

Mr. James N. Hatten
Clerk of Court
United States District Court
Northern District of Georgia
2211 Richard B. Russell Federal Building and Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303

Re: *Julie Chrisley, individually and as major owner of Chrisley Asset Management, LLC and Pacific Development Partners, LLC v. Mark Braddock; Leslie Hershberger Braddock; Alina Clerie; Grace Realty Group, LLC; Key Asset Solutions, LLC; Private Peering Point, LLC; WaterColor Retreat, LLC; Kimberly A. Childs; James "Stagg" Shelton; Arc Auto Brokers, LLC; Valencia Walker; and Steven Lindsey*, U.S. District Court, Northern District of Georgia, 1:12-CV-03524-CAP

Dear Mr. Hatten:

Pursuant to your request, attached please find a REVISED partially prepared Writ of Execution in the above-styled case based on the January 21, 2014 Order from Honorable Charles A. Pannell, Jr. awarding attorney's fees and expenses in favor of Defendant Kimberly A. Childs and against Robert T. Thompson, Jr. and the Thompson Law Group, LLC, jointly and severally in the above matter. The appeal filed by Robert T. Thompson, Jr. and Thompson Law Group, LLC was dismissed on July 1, 2014 (see Dismissal enclosed).

If you have any questions, please do not hesitate to contact us.

Sincerely,

Crystal D. Filiberto

CDF:lt
Enclosures
cc: Kevin A. Maxim, Esquire
    Todd H. Stanton, Esquire
    W. Carl Lietz, III, Esquire
    Robert T. Thompson, Jr., Esquire
    Jackson Oliver, Esquire

ATLANTA | BRUNSWICK | TIFTON | ALBANY | NASHVILLE | ATHENS | COLUMBUS | CHARLESTON | PALM BEACH


member of USLAW

1:12-CV-3524 Chrisley v. Braddock, et al.
Crystal D. Filiberto, Hall Booth Smith, P.C.
Counsel for Kimberly A. Childs (formerly Defendant)
191 Peachtree Street, N.E., Suite 2900
Atlanta, GA 30303

Local Form 005b (5/10)
(formerly DC11, rev. 7/82)

**WRIT OF EXECUTION**

# United States District Court

**DISTRICT** NORTHERN DISTRICT OF GEORGIA

**TO THE MARSHAL OF:**

THE NORTHERN DISTRICT OF GEORGIA

**YOU ARE HEREBY COMMANDED,** that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**

ROBERT T. THOMPSON, JR. and THOMPSON LAW GROUP, LLC

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $27,791.63 | $8.37/day in interest from January 22, 2014 |

and

in the United States District Court for the **NORTHERN** District of **GEORGIA**, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

ROBERT T. THOMPSON, JR. and THOMPSON LAW GROUP, LLC JOINTLY AND SEVERALLY

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| U.S. DISTRICT COURTHOUSE | NORTHERN DISTRICT OF GEORGIA |
| **CITY** ATLANTA, GEORGIA | **DATE** |

Witness the Honorable **CHARLES A. PANNELL, JR.**
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| | JAMES N. HATTEN |
| | (BY) DEPUTY CLERK |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

No. 14-10818-FF

---

JULIE HUGHES CHRISLEY,
Individually, and in her capacity as the
majority owner of Chrisley Asset Management, LLC,

                                           Plaintiff - Counter Defendant,

PACIFIC DEVELOPMENT PARTNERS, LLC.,

                                           Plaintiff,

ROBERT THOMAS THOMPSON, JR.,
THOMPSON LAW GROUP, LLC,

                                           Interested Parties - Appellants,

versus

MARK BRADDOCK,
ALINA CLERIE,
KEY ASSET SOLUTIONS, LLC,
KIMBERLY A. CHILDS,
ARC AUTO BROKERS, LLC,

                                           Defendants - Appellees,

LESLIE (HERSHBERGER) BRADDOCK, et al.,

                                           Defendants,

PRIVATE PEERING POINT, LLC,
d.b.a. VocalCloud,

                                           Defendant - Counter Claimant.

---

Appeal from the United States District Court
for the Northern District of Georgia

---

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R. 42-2(c), this appeal is hereby DISMISSED for want of prosecution because the appellant Robert Thomas Thompson, Jr. and Thompson Law Group, LLC has failed to file an appellant's brief and appendix within the time fixed by the rules, effective July 01, 2014.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Janet K. Spradlin, FF, Deputy Clerk

FOR THE COURT - BY DIRECTION